IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PREMIER PROMOTIONS USA D/B/A
PREMIER 1 AUTOGLASS A/A/O DEBRA SLADE,

      Appellant,

                              Case No.  5D21-1267
  v.                           LT Case No. 2018-SC-026255-O


PROGRESSIVE SELECT INSURANCE COMPANY,

      Appellee.
_____/
Opinion filed November 15, 2022

Nonfinal Appeal from the County Court
for Orange County,
Carly S. Wish, Judge.

Earl I. Higgs, Jr., of Higgs Law, P.A.,
Orlando, for Appellant.

Lissette M. Gonzalez, of Cole, Scott
& Kissane, P.A., Miami, for Appellee.

PER CURIAM.

     AFFIRMED.  *NCI, LLC v. Progressive Select Ins.*, No. 5D21-1282,

2022 WL 16702296 (Fla. 5th DCA Nov. 4, 2022).


SASSO, TRAVER and NARDELLA, JJ., concur.